NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALEC V. MATTHEWS,                    )
                                     )
     Appellant,                    )
                                     )
v.                                   )       Case No. 2D18-201
                                     )
STATE OF FLORIDA,                    )
                                     )
     Appellee.                     )
_____ )

Opinion filed August 29, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

PER CURIAM.

      Affirmed.

LaROSE, C.J., and CRENSHAW and BLACK, JJ., Concur.